UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

MELLISSA GIBSON,

Plaintiff,

v.

BRENDA GOCHENAUER, et al.,

Defendants.

CAUSE NO. 4:23-CV-78-JD-JEM

**ORDER**

Plaintiff Mellissa Gibson was ordered to show cause why this case should not be dismissed as abandoned because mail sent to her last known address was returned undeliverable. (DE 82.) The Court granted Ms. Gibson until March 17, 2025, to update her address, cautioning that if she does not respond by the deadline, this case may be dismissed without further notice. (*Id.*) The Court acknowledged if she was not at the address on the docket, that order was unlikely to reach her. However, it was possible she would attempt to determine the status of this case by visiting the clerk's office or by checking the online docket, in which case this order would alert her that she needed to take action before the harsh sanction of dismissal was imposed. To date, the Court has received no response from Ms. Gibson.

"The demand that plaintiffs provide contact information is no esoteric rule of civil procedure, but rather the obvious minimal requirement for pursuing a lawsuit." *Tylicki v. Ryan*, 244 F.R.D. 146, 147 (N.D. N.Y. 2006) (quotation marks and citation omitted). "[L]itigants, including prisoners, bear the burden of filing notice of a change of address . . .." *Snyder v. Nolen*, 380 F.3d 279, 285 (7th Cir. 2004) (quotation mark omitted).

For these reasons, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

ENTERED: March 18, 2025

_____/s/ JON E. DEGUILIO_____
Judge
United States District Court