# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MELLISSA GIBSON

ANTONIO GIBSON, *TERMINATED: 04/03/2024*

    Plaintiffs

  v.

                                    Civil Action No. 4:23-cv-78

FAMILY SERVICE DIVISION, *The City of Lafayette Indiana*
*TERMINATED: 07/11/2024*
*also known as* Division of Family Services
*TERMINATED: 07/11/2024*

MICHELLE SEYMORE, *FCM, TERMINATED: 07/11/2024*

LORIE TISSON, *TERMINATED: 07/11/2024*

BRITTANY MOREHOUSE, *FCM, TERMINATED: 07/11/2024*

DCS SUPERVISORS OF FCMS, *TERMINATED: 07/11/2024*

BRENDS, *CASA, TERMINATED: 08/12/2024*

HEATHER HAMSTRA, *Lafayette Indiana Fransiscan health East*
*TERMINATED: 07/11/2024*

MICHAEL TRUMELL, *TERMINATED: 07/11/2024*

BRENDA CASA, *TERMINATED: 07/11/2024*

LAFAYETTE INDIANA FRANSISCAN HEALTH EAST, *The City of*
*TERMINATED: 07/11/2024*
*also known as* The City of Lafayette Indiana Franciscan Health East
*TERMINATED: 07/11/2024*

BRENDA GOCHENAUER

LORIE TENSLIE

ROXIE HOLT, *FCM , DCS Supervisors of FCMS*

FAMILY SERVICE DIVISION, *The City of Lafayette Indiana*

MICHELLE SEYMORE, *FCM*

BRITTANY MOREHOUSE, *FCM*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Jon E DeGuilio.

DATE: 3/18/2025                    CHANDA J. BERTA, CLERK OF COURT

                                          by   s/A. Highlen_____
                                          *Signature of Clerk or Deputy Clerk*